United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPENCER R. BRASURE,<br><br>    Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELL, Warden of San Quentin Prison,<br><br>    Respondent.<br>_____/ | No. C-13-80156 MISC EMC<br><br>**DEATH PENALTY CASE**<br><br>**ORDER TRANSFERRING CAPITAL HABEAS ACTION TO THE DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA** |

Petitioner was convicted and sentenced to death in Ventura Superior Court. *People v. Brasure*, 175 P.3d 632, 632 (Cal. 2008). This capital habeas action therefore should be heard in the Central District of California. N.D. Cal. Habeas L.R. 2254-22(a); C.D. Cal. L.R. 83-17.5(a). Accordingly, this action is hereby transferred to the District Court for the Central District of California. "The Clerk immediately shall advise the Clerk of Court" of the Central District. N.D. Cal. Habeas L.R. 2254-22(c).

IT IS SO ORDERED.

Dated: July 22, 2013

_____
EDWARD M. CHEN
United States District Judge